IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 102S

UNITED STATES OF AMERICA )
)
v. )
)
JOSHUA COLE, a/k/a "JAY O" )

In violation of 21 U.S.C.§§ 841(a)(1), (b)(1)(B) and 860

# INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about April 28, 2006, in the District of Rhode Island, the defendant, JOSHUA COLE, a/k/a "JAY O," did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), within 1,000 feet of the real property comprising Roger Williams Middle School and William B. Cooley Senior High School, public secondary schools.

All in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 860.

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 9/20/06