PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Indictment ☐ Information ☐ Defendant Added ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☒ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

RISP/HIDTA/Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: Joshua Cole, a/k/a "Jay O"

Address:

☐ I

Birth Date

ale
male

☐ Alien (if applicable)

Social Security Number

**DEFENDANT**

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ________ or Date Transferred to Federal Custody ________

☐ Currently in Federal Custody

☒ Currently in State Custody

☒ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 U.S.C. Secs. 841(a)(1) & (b)(1)(B) & 860 | KNOWINGLY & INTENTIONALLY POSSESS W/INTENT | ☒ Felony ☐ Misdemeanor |
| | PENALTIES: 5 to 80 years imprisonment; | TO DISTRIBUTE 5 GRAMS OR MORE OF A MIXTURE | ☐ Felony ☐ Misdemeanor |
| | 8 years to life supervised release; | & SUBSTANCE CONTAINING A DETECTABLE AMT OF | ☐ Felony ☐ Misdemeanor |
| | $4,000,000 fine; $100 special assessment | COCAINE, A SCH II CS, WITHIN 1,000 FEET OF | ☐ Felony ☐ Misdemeanor |
| | | PUBLIC SECONDARY SCHOOLS (Est Trial Days 3) | ☐ Felony ☐ Misdemeanor |