United States District Court District of Rhode Island

# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case No. CR06-102S***

RECEIVED
SEP 2 0 2006
US MARSHALS
RHODE ISLAND

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **JOSHUA COLE A/K/A JAY O**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the **25th** day of **September, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: September 20, 2006.

David A. DiMarzio, Clerk

ARRAIGNMENT

***by*** ___
***Jeannine Theall - Deputy Clerk***