1218485

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOSHUA COLE
a/k/a Jay O

**WARRANT FOR ARREST**

CASE NUMBER: CR06-102S

RECEIVED
SEP 20 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSHUA COLE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE WITHIN 1000 FEET OF PUBLIC SECONDARY SCHOOLS

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(B) AND 860

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J Theall
Signature of Issuing Officer

September 20, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ | | |
| DATE RECEIVED 09/20/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 09/25/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.