**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **06-102S** |
| | ) | |
| **JOSHUA COLE** | ) | |

---

NOTICE OF APPEAL

Now comes the defendant, Joshua Cole and notices his appeal of the Judgment and Conviction in this case to the First Circuit Court of Appeals.

Respectfully submitted
Joshua Cole
By his attorney,

/s/Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, RI 02903
(401) 528-4281FAX 528-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney on January 30, 2007.

/s/ Mary S. McElroy