06-00102
USDC RI
Judge Smith

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1247

UNITED STATES,

Appellee,

v.

JOSHUA COLE,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: November 14, 2007

In this direct criminal appeal, Joshua Cole challenges his guideline sentence. He signed a plea agreement in which he waived his right to appeal any such sentence; however, he contends that his appeal waiver was invalid, and the government has elected not to rely on such waiver. Instead, the government moves for summary disposition, asserting that Cole's sentencing claims lack merit. After careful review of the record, we agree, and so we summarily affirm Cole's conviction and sentence.

In part, Cole appears to impermissibly seek review of the district court's denial of his motion for a horizontal departure relative to his criminal history category. See United States v. Melendez-Torres, 420 F.3d 45, 50-51 (1st Cir. 2005) (confirming that a district court's discretionary denial of a departure motion is unreviewable on appeal). Otherwise, he challenges his guideline sentence as unreasonable, contending essentially that the district court failed to adequately consider certain facts in his case, as required by 18 U.S.C. § 3553(a). However, the sentencing

transcript confirms that the court gave a reasoned and plausible explanation for the guideline sentence it imposed, addressing Cole's individual circumstances and his arguments based on the 100:1 crack-to-powder sentencing differential. Therefore, an affirmance is appropriate. See United States v. Jiménez-Beltre, 440 F.3d 514, 519 (1st Cir. 2006) (en banc) ("Assuming a plausible explanation and a defensible overall result, sentencing is the responsibility of the district court."), cert. denied, 127 S. Ct. 928 (2007).

Affirmed. See 1st Cir. Loc. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

...ied and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Reed

Deputy Clerk

Date: 12/6/07

[cc: James Michael Fox, Esq., Sandra Beckner, AUSA, Donald Lockhart, AUSA]