**Wendy Geile**

**From:** Donna_Barchard[redacted]
**Sent:** Tuesday, April 08, 2008 10:06 AM
**To:** Wendy Geile
**Subject:** DC# 06-cr-102 US v. Joshua Cole COA# 07-1247

Hi Wendy,

This case has been reopened because the Supreme Court granted cert., vacated our opinion, and remanded in light of a recent decision. Could you please send the record back up including all pleadings, transcripts and PSR? Thanks!

DRI 06-102 DJ Smith