Joshua Cole
05788-070

has successfully completed the requirements of the course

# Criminal Thinking

a Psychology Services program (12 hrs.) designed to help individuals learn/explore the behaviors, emotions, and thinking patterns that contributed to their criminal lifestyle. This program also presented alternative patterns of thinking and choices that will contribute to healthy and productive functioning.

April 2008

K. Dunston, Ph.D.
Psychologist
United States Penitentiary - Canaan

# *Certificate of Accomplishment*

This certificate is awarded to

**J. Cole**

**for participation and completion of**

USP Canaan's Parenting Program

March, 2008

A. Boeh

Parenting Coordinator

# *Certificate of Accomplishment*

This certificate is awarded to

## J. COLE

**for participation and completion of**

Basic Auto Maintence

March 2008

**an Adult Continuing Education Class**

M. Dah

ACE Coordinator

# Certificate of Accomplishment

This certificate is awarded to

**J. COLE**

for participation and completion of

Rental Property

March, 2008

an Adult Continuing Education Class

ACE Coordinator